# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN LAWRIE,<br><br>             Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:11-cv-00472-SKO PC<br><br>**ORDER DIRECTING CLERK OF COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND ASSIGN A DISTRICT JUDGE**<br><br>(Doc. 1) |

On March 21, 2011, Plaintiff Matthew Alan Lawrie filed the civil rights complaint upon which this action proceeds. 42 U.S.C. § 1983. Due to an administrative error, the case was incorrectly designated at opening. The Clerk of the Court is HEREBY DIRECTED to change the designation of the present case to reflect that of a regular civil rights action (440) and assign a United States District Judge to the action.

IT IS SO ORDERED.

**Dated:   March 25, 2011**                        /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE